DISLINDA GILL, as Administratrix of the Estate of ANTHONY GILL, Deceased, Respondent, *v.* UNITED AMERICAN LINES, Appellant.

*Appeal — unanimous affirmance of judgment entered upon verdict — appeal to Court of Appeals, without permission, dismissed.*

Gill v. *United American Lines,* 206 App. Div. 778, appeal dismissed. (Argued October 23, 1923; decided November 27, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered July 3, 1923, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant.

*E. C. Sherwood* and *Clarence S. Zipp* for appellant.

*William S. Butler* and *James A. Gray* for respondent.

*Carl Sherman, Attorney-General* (*E. C. Aiken* of counsel), for State of New York, intervener.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: HOGAN, J.